1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                           OAKLAND DIVISION
9
10   YIN KUEN CHEUNG and                    Case No:  C 13-01756  SBA
     MARINA CHEUNG YIU,
11                                          **ORDER STRIKING OVERSIZED**
               Plaintiffs,                  **BRIEF**
12
            vs.
13
     WELLS FARGO BANK, N.A.;
14   CAL-WESTERN RECONVEYANCE
     CORPORATION; and
15   DOES 1 through 100, inclusive,
16             Defendants.
17
18          This Court's Standing Orders specify that the maximum page limit for motions and

19   oppositions thereto is <u>fifteen</u> pages.  Dkt. 7 at 2.  The Standing Orders further provide that:

20               All parties shall meet and confer before filing any motion
                 before the Court.  The motion and any other non-stipulated
21               request shall include a certification, which may be included in
                 the body of the document, that the parties have complied with
22               the meet and confer requirement. <u>The Court may disregard any</u>
                 <u>papers submitted that do not comply with this rule.</u>
23
24   <u>Id.</u> (emphasis added).

25          On June 6, 2013, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), filed a

26   twenty-page motion to dismiss, without seeking or obtaining leave of court to file an

27   oversized motion.  Dkt. 10.  In addition, the motion lacks the requisite certification that

28   Wells Fargo met and conferred with Plaintiffs prior to filing its motion.  Given Wells

Fargo's violation of the Court's Standing Orders, the Court strikes Wells Fargo's improper

motion from the record. See Swanson v. U.S. Forest Serv., 87 F.3d 339, 345 (9th Cir.

1996) (courts have discretion to strike oversized briefs). Accordingly,

IT IS HEREBY ORDERED THAT:

1. Well Fargo's motion to dismiss (Dkt. 10) shall be STRICKEN from the

record. Wells Fargo shall have until June 18, 2013 to refile its motion to dismiss in

conformity with the Court's Standing Orders.

2. In light of Plaintiffs' filing of an amended complaint, Wells Fargo's first

motion to dismiss (Dkt. 8) filed on May 9, 2013 is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: June 11, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge