|     |     |
| --- | --- |
| YIN KUEN CHEUNG and MARINA CHEUNG YIU,<br><br>              Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No:  C 13-1756 SBA<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On June 13, 2013, Defendant Wells Fargo Bank, N.A., filed a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).  Dkt. 12.  Plaintiffs' response was due by June 27, 2013.  See Civ. L.R. 7-3(a).  To date, however, no opposition or response to Defendant's motion has been filed.

The Court's Standing Orders warn that the failure to file a response to a motion may be construed as consent to the relief sought in the unopposed motion.  As such, it is well within the discretion of the Court to grant Defendant's motion as unopposed and dismiss the action.  See Fed. R. Civ. P. 41(b); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).  Nevertheless, mindful of its obligation to first consider to less drastic alternatives, the Court will afford Plaintiffs one further opportunity to respond to the pending motion.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs shall have until July 16, 2013 to file their response (i.e., either an opposition or a statement of non-opposition) to Defendant's motion to dismiss.  Plaintiffs' response shall comply in all respects with the Federal Rules

of Civil Procedure and the Court's Civil Local Rules including, without limitation, Civil Local Rules 7-3 through 7-5. **PLAINTIFFS ARE WARNED THAT THE FAILURE TO FILE A RESPONSE BY THIS DEADLINE AND/OR TO COMPLY WITH THIS ORDER OR ANY OTHER APPLICABLE PROCEDURAL RULES WILL RESULT IN THE GRANTING OF THE PENDING MOTION AND THE DISMISSAL OF THIS ACTION WITH PREJUDICE.** In the event Plaintiffs timely file a response, Defendant may file a reply seven days after the deadline for Plaintiffs' response to the motion to dismiss.

    IT IS SO ORDERED.

Dated: July 9, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge