1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YIN KUEN CHEUNG and MARINA CHEUNG YIU,<br><br>          Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 13-cv-01756-RS<br><br>[Assigned for all purposes to the Hon. Richard Seeborg]<br><br>**[PROPOSED] ORDER CONTINUING THE DEADLINE TO COMPLETE INITIAL DISCLOSURES AND FRCP 26(f) REPORT** |

809826.01/SD

Case No. 13-cv-01756-RS
[PROPOSED] ORDER

# ORDER

Good cause appearing, it is so ordered as follows:

1. No later than November 11, 2013, the Parties shall: (1) meet and confer regarding Rule 26 initial disclosures, early settlement, ADR process selection and a discovery plan; (2) file an ADR Certification signed by the Parties and counsel pursuant to A.D.R. L.R.3-5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

2. No later than November 18, 2013, the Parties shall file the Rule 26 Report, complete initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management Statement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/19/13

Hon. Richard Seeborg
District Judge, United States District Court

809826.01/SD

Case No.  13-cv-01756-RS
[PROPOSED] ORDER