United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIN KUEN CHEUNG and MARINA CHEUNG YIU,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPRATION; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. 13-01756 RS<br><br>**ORDER TERMINATING PLAINTIFFS' MOTIONS AND EXTENDING TIME TO FILE A NOTICE OF APPEAL** |

This action was closed on December 10, 2013. On December 31, 2013, plaintiff Marina Cheung Yiu filed what appears to be a request for information, advice, and/or reconsideration. (ECF No. 50). On January 8, 2014, she filed a motion for extension of time to file a notice of appeal. (ECF No. 53). It appears as though Yiu, who is represented, did not file her motions through counsel.

As it is unclear whether Yiu or plaintiff Yin Kuen Cheung are still acting with the benefit of counsel, plaintiffs are hereby granted a limited extension to file a notice of appeal, if any, by January 31, 2014. Because the court may not entertain requests filed directly by represented parties, plaintiffs are advised that all further filings must be made through counsel. In the event that plaintiffs wish to proceed pro se (without an attorney), counsel first must formally withdraw from the case.

Counsel for plaintiffs is directed to contact his clients forthwith to assist them in preserving any appellate or other rights they may have. The clerk is directed to terminate ECF No. 50 and ECF No. 53.

IT IS SO ORDERED.

Dated: 1/8/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE