1  Law Offices of Mark W. Lapham  (SBN 146352)
2  751 Diablo Rd.
   Danville, CA 94526
3  Tel:  (925) 837-9007
   Fax: (925) 406-1616
4
   Attorney for Plaintiffs,
5  YIN KUEN CHEUNG and MARINA CHEUNG YIU

6

7

8              UNITED STATES DISTRICT COURT

9       FOR NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO  DIVISION

10 YIN KUEN CHEUNG and              ) Case No.: 13-01756  RS
   MARINA CHEUNG YIU,               )
11                                  ) **ORDER GRANTING WITHDRAWAL OF COUNSEL**
            Plaintiffs,             )
12                                  ) **CTRM:**   3 – 17th Floor
         v.                         ) **JUDGE:**  Hon. Richard Seeborg
13                                  )
   WELLS FARGO BANK, N.A.;          ) **Original Complaint Filed:  April 18, 2013**
14 CAL-WESTERN RECONVEYANCE         ) **Trial Date:                NOT YET SET**
   CORPORATION; and                 )
15 DOES 1 through 100, inclusive,   ) **JURY TRIAL DEMANDED**
                                    )
16          Defendant(s).           )
17                                  )

18

19     Mark W. Lapham seeks to withdraw as counsel for Plaintiffs in the above-captioned

20 litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). **IT IS**

21 **HEREBY ORDERED** that Mark W. Lapham's Motion to Withdraw as Counsel for Plaintiffs is

22 GRANTED.

23     **IT IS SO ORDERED**.

24 DATED: January 13, 2014        _____
                                   JUDGE OF THE UNITED STATES
25                                 DISTRICT COURT

26

27

28

                                         1